UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER LEE COTTON,

    Petitioner,

v.                          Case No. 3:12cv550/MCR/CJK

MICHAEL D. CREWS,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 11, 2013. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of those portions to which an objection has been made (*see* doc. 17).

Petitioner's attempt to seek discretionary review of his Rule 3.850 motion denial did not toll the limitations period because the Supreme Court of Florida never had subject matter jurisdiction. Petitioner did not file his habeas corpus petition in the 51 days remaining after the First District Court of Appeals issued its mandate on June 12, 2012, and so it is appropriate that his petition be dismissed. *See Wilson v. Crosby*, 2006 WL 3219602 *5-6 (N.D. Fla. Nov. 3, 2006) (prisoner's notice to invoke discretionary review of *per curiam* affirmed order issued in direct appeal did not toll the limitations period under Title 28, United States Code, Section 2244(d)(2)).

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's Report and Recommendation (doc. 16) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 12) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1), challenging petitioner's state criminal judgment in *State of Florida v. Peter Lee Cotton*, entered in the Circuit Court for Walton County, Florida in Case No. 2009-CF-573, is DISMISSED WITH PREJUDICE.

4. The Clerk shall close the file.

5. A certificate of appealability is DENIED

**DONE AND ORDERED** this 9th day of January, 2014.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**